# EXHIBIT A

Submitted Under Seal