# EXHIBIT B

**From:** Christopher Kan
**To:** Lin.Steven 林志哲 TAO
**Cc:** Liu.Sunday 劉兆芝 TAO
**Subject:** Re: Inventec - Excess Inventory Meeting Follow Up
**Date:** Tuesday, October 18, 2022 4:29:43 PM

---

Thanks Steven. Our CEO has given his approval as well.

Thanks,
Chris

On Tue, Oct 18, 2022 at 4:16 PM Lin.Steven 林志哲 TAO <lin.steven@inventec.com> wrote:

> Hi Chris,
>
> Sure, ok with the agreement draft, please proceed further.
>
> Thanks.
>
> ***Steven Lin*** 林志哲 lin.steven@inventec.com
> Sales & Marketing, BU6, EBG, Inventec Corporation
> Office TEL: +886-3-3900000 ext. 23950; Mobile: (TW) +886-958539793
>
> **From:** Christopher Kan <ckan@twitter.com>
> **Sent:** Wednesday, October 19, 2022 12:53 AM
> **To:** Lin.Steven 林志哲 TAO <lin.steven@inventec.com>
> **Cc:** Liu.Sunday 劉兆芝 TAO <Liu.Sunday@inventec.com>
> **Subject:** Re: Inventec - Excess Inventory Meeting Follow Up
>
> Hi Steven,
>
> I can't find the email that says you are ok with the agreement draft. I know Sunday sent it via Line but I can't seem to find the email. Can you confirm you are ok with the agreement draft?
>
> Thanks,
>
> Chris
>
> On Sat, Oct 1, 2022 at 12:47 AM Lin.Steven 林志哲 TAO <lin.steven@inventec.com> wrote:
>
>> Hi Chris,
>>
>> Thanks, awaiting your message next week.
>>
>> Steven Lin 林志哲 lin.steven@inventec.com
>>
>> Sales & Marketing, BU6, EBG, Inventec Corporation

Office TEL: +886-3-3900000 ext. 23950; Mobile: (TW) +886-958539793

---

**寄件者:** Christopher Kan <ckan@twitter.com>
**寄件日期:** Saturday, October 1, 2022 6:58:50 AM
**收件者:** Lin.Steven 林志哲 TAO <lin.steven@inventec.com>
**副本:** Liu.Sunday 劉兆芝 TAO <Liu.Sunday@inventec.com>; Chen.Wenchen 陳玟岑 TAO <Chen.Wenchen@inventec.com>; Lee.Benny ISV <Lee.Benny@inventec.com>
**主旨:** Re: Inventec - Excess Inventory Meeting Follow Up

Hi Steven,

I have made some progress on the approval. Expect good news on Monday.

Thanks,

Chris

On Thu, Sep 29, 2022 at 7:42 AM Lin.Steven 林志哲 TAO <lin.steven@inventec.com> wrote:

> Hi Chris,
>
> Is there any good news you may share with us toward the decision and PO release date?
>
> Appreciate for any message if you have, thanks.
>
> ***Steven Lin*** 林志哲 lin.steven@inventec.com
> Sales & Marketing, BU6, EBG, Inventec Corporation
> Office TEL: +886-3-3900000 ext. 23950; Mobile: (TW) +886-958539793
>
> **From:** Christopher Kan <ckan@twitter.com>
> **Sent:** Thursday, September 22, 2022 6:13 AM
> **To:** Lin.Steven 林志哲 TAO <lin.steven@inventec.com>
> **Cc:** Liu.Sunday 劉兆芝 TAO <Liu.Sunday@inventec.com>; Chen.Wenchen 陳玟岑 TAO <Chen.Wenchen@inventec.com>; Lee.Benny ISV <Lee.Benny@inventec.com>
> **Subject:** Re: Inventec - Excess Inventory Meeting Follow Up
>
> Hi Steven,
>
> Sorry for the late reply, our management team is working with our CFO on the decision. We'll get an update at the end of this week or early next week as I am told.
>
> Thanks,

Chris

On Thu, Sep 15, 2022 at 7:23 PM Lin.Steven 林志哲 TAO <lin.steven@inventec.com> wrote:

Chris,

Hopefully we can have some message by tomorrow your time, really appreciate your communication.

***Steven Lin*** 林志哲 lin.steven@inventec.com
Sales & Marketing, BU6, EBG, Inventec Corporation
Office TEL: +886-3-3900000 ext. 23950; Mobile: (TW) +886-958539793

---

**From:** Lin.Steven 林志哲 TAO
**Sent:** Friday, September 16, 2022 10:17 AM
**To:** 'Christopher Kan' <ckan@twitter.com>; Liu.Sunday 劉兆芝 TAO <Liu.Sunday@inventec.com>
**Cc:** Chen.Wenchen 陳玟岑 TAO <Chen.Wenchen@inventec.com>; Lee.Benny ISV <Lee.Benny@inventec.com>
**Subject:** RE: Inventec - Excess Inventory Meeting Follow Up

Hi Chris,

Inventec management team keep eyes on the high inventory amount, and pushing for final confirmation soon; understand that you are Angie is discussing internally with top management and it may take times to get PO released, however, would it be possible that we can have any type of "confirmation" that PO for finished goods of 74 racks can be released in early October?

With such kind of information, we can keep reporting to management showing the progress kept moving.

Thank you for great assistance.

***Steven Lin*** 林志哲 lin.steven@inventec.com
Sales & Marketing, BU6, EBG, Inventec Corporation
Office TEL: +886-3-3900000 ext. 23950; Mobile: (TW) +886-958539793

**From:** Christopher Kan <ckan@twitter.com>
**Sent:** Thursday, September 15, 2022 11:47 PM
**To:** Liu.Sunday 劉兆芝 TAO <Liu.Sunday@inventec.com>
**Cc:** Chen.Wenchen 陳玟岑 TAO <Chen.Wenchen@inventec.com>; Lin.Steven 林志哲 TAO <lin.steven@inventec.com>; Lee.Benny ISV <Lee.Benny@inventec.com>
**Subject:** Re: Inventec - Excess Inventory Meeting Follow Up

Hi Sunday,

This is great news. Just reiterate, the November ship date will be earliest and may have to ship in December for the 168 racks. I'll pass the word to my management team and will work internally.

I'll keep you posted on the next update.

Thanks,

Chris

On Wed, Sep 14, 2022 at 9:13 PM Liu.Sunday 劉兆芝 TAO <Liu.Sunday@inventec.com> wrote:

> Hi, Chris
>
> Thanks for your great effort for the actions for consuming the racks, I like to let you know after Steven and top manager communication, we accept the condition that you mentioned in meeting.
>
> For 2022, the financial burden occurred by finished goods and raw materials can be ignored and cooperate with Twitter team's instruction and plan to ship the rack by November (payment term net 60days)
>
> For long term relationship and continuous production planning, we understand the situation that caused the demanding dropped, that is why sales team suffered and frustrated on complaining from factory that we build racks without orders, this pressure actually stop on our side, appreciating that we can finally consumed the racks within your effort, we will support you as always but just make note here, moving forward, we will follow top manager's instruction to build the racks with PO and respond the CTB with maturely build planning, in case any finished goods and financial burden occurred.
>
> Let's get the POs, thanks.
>
> Sunday Liu
>
> +886912036303
>
> Sales & Marketing, BU6, EBG, Inventec Corporation
>
> No.349, Sec. 2, Renhe Rd.
>
> Daxi Dist., Taoyuan City 335005
>
> Taiwan (R.O.C.)
>
> **From:** Christopher Kan <ckan@twitter.com>
> **Sent:** Wednesday, September 14, 2022 8:02 AM

**To:** Liu.Sunday 劉兆芝 TAO <Liu.Sunday@inventec.com>
**Cc:** Chen.Wenchen 陳玟岑 TAO <Chen.Wenchen@inventec.com>; Marianne Gatmaitan <marianneg@twitter.com>
**Subject:** Re: Inventec - Excess Inventory Meeting Follow Up

Hi Sunday,

Thanks for the update.

Chris

On Tue, Sep 13, 2022 at 8:04 AM Liu.Sunday 劉兆芝 TAO <Liu.Sunday@inventec.com> wrote:

Hi, Marianne

Just to double check if we can still expect new forecast this week? Hopefully we can get it and have discuss in business meeting.

Sunday

取得 Android 版 Outlook

---

**From:** Chen.Wenchen 陳玟岑 TAO <Chen.Wenchen@inventec.com>
**Sent:** Tuesday, September 13, 2022 11:59:25 AM
**To:** Christopher Kan <ckan@twitter.com>; Marianne Gatmaitan <marianneg@twitter.com>
**Cc:** Angie Garza <angieg@twitter.com>; Lin.Steven 林志哲 TAO <lin.steven@inventec.com>; Liu.Sunday 劉兆芝 TAO <Liu.Sunday@inventec.com>
**Subject:** RE: Inventec - Excess Inventory Meeting Follow Up

Hi Chris, hi Marianne,

Including ORT racks, TLA breakdown should be as follows, I will update in a separate CTB email thread to keep this email focused on the delivery plan.

There are total 174 racks in the delivery plan, in which, 15 racks (highlighted in blue) are covered with PO, and 159 racks are awaiting PO.

In case you need PO details, I list at the bottom.

| Location | Server type | TLA | SEP | OCT | NOV | ORT |
|---|---|---|---|---|---|---|
| | CRPS/z | **600-0890** | | | | |
| | CRPS/z | **600-0891** | 5 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| AM2 | CRPS/mtz | **600-0892** | | | | |
| | CRPS/mtz | **600-0893** | | | | |
| | PDB/z/mtz/uz | **600-0883** | | | 10 | |
| | PDB/z/mtz/uz | **600-0884** | | | | |
| PDX | CRPS/z | **600-0890** | | | | |
| | CRPS/z | **600-0891** | 47 | 1 | | 1 |
| | CRPS/mtz | **600-0892** | 12 | 1 | | |
| | CRPS/mtz | **600-0893** | 10 | 74 | | 1 |
| | PDB/z/mtz/uz | **600-0883** | | | 11 | 1 |
| | PDB/z/mtz/uz | **600-0884** | | | | |
| | | **TOTAL** | 74 | 76 | 21 | 3 |

| HW Site Destination | JIRA Ticket | PO # | PO Date | Production Category | Family | Twitter Rack Part # | PO Qty | QTY Previously Delivered | Qty Delivered | PO Qty Remaining |
|---|---|---|---|---|---|---|---|---|---|---|
| PDX | SUPPLY-2928 | 10138087 | 2022/2/24 | MP | F6IVT-CRPS | 600-0892 | 15 | 0 | 3 | 12 |
| PDX | SUPPLY-2954 | 10138275 | 2022/3/7 | MP | F6IVT-CRPS | 600-0893 | 12 | 0 | 11 | 1 |
| PDX | SUPPLY-2945 | 10138210 | 2022/3/3 | PVT | F6IVT-PDB | 600-0883 | 4 | 0 | 3 | 1 |
| PDX | SUPPLY-3015 | 10139099 | 2022/5/13 | MP | F6IVT-CRPS | 600-0891 | 21 | 13 | 7 | 1 |

Wenchen

**From:** Marianne Gatmaitan <marianneg@twitter.com>
**Sent:** Tuesday, September 13, 2022 4:49 AM
**To:** Christopher Kan <ckan@twitter.com>
**Cc:** Chen.Wenchen 陳玟岑 TAO <Chen.Wenchen@inventec.com>; Angie Garza <angieg@twitter.com>; Lin.Steven 林志哲 TAO <lin.steven@inventec.com>; Liu.Sunday 劉兆芝 TAO <Liu.Sunday@inventec.com>
**Subject:** Re: Inventec - Excess Inventory Meeting Follow Up

Hi Chris,

Here is the summary I have from Wenchen's CTB report. I don't have the details for the ORT racks.

| Location | Server type | TLA | SEP | OCT | NOV |
|---|---|---|---|---|---|
| AM2 | CRPS/z | **600-0890** | | | |
| | CRPS/z | **600-0891** | | | |