# EXHIBIT C

Submitted Under Seal