# EXHIBIT D

**From:** Christopher Kan
**To:** Lin.Steven 林志哲 TAO
**Cc:** Chen.Wenchen 陳玟岑 TAO; Liu.Sunday 劉兆芝 TAO
**Subject:** Re: Signature requested on "INVENTEC DISTRIBUTION NORTH... | Supplier Agree. | 168 rack order Nov-Dec22"
**Date:** Friday, October 28, 2022 8:29:36 AM
**Attachments:** image001.jpg

---

Hi Steven,

As probably seen in the news, our CFO was let go yesterday. He was a key person in our agreement and PO process. I am waiting on further instructions from our management team.

Thanks,
Chris

On Thu, Oct 27, 2022 at 1:46 AM Lin.Steven 林志哲 TAO <lin.steven@inventec.com> wrote:

> Hi Chris,
>
> Knowing that you are in Sacramental DC recently, should be very busy for DC relative operation matters.
>
> Speaking of agreement and PO for 168 racks, may you help to track status? Inventec team has deployed required actions and materials kitting to meet the production in November and shipment in December, progress is on track expect PO from Twitter.
>
> Please give us a hand to make it released as soon as possible, thank you so much.
>
> ***Steven Lin*** 林志哲 lin.steven@inventec.com
> Sales & Marketing, BU6, EBG, Inventec Corporation
> Office TEL: +886-3-3900000 ext. 23950; Mobile: (TW) +886-958539793
>
> **From:** Christopher Kan <ckan@twitter.com>
> **Sent:** Tuesday, October 25, 2022 10:39 AM
> **To:** Lin.Steven 林志哲 TAO <lin.steven@inventec.com>
> **Cc:** Chen.Wenchen 陳玟岑 TAO <Chen.Wenchen@inventec.com>; Liu.Sunday 劉兆芝 TAO <Liu.Sunday@inventec.com>
> **Subject:** Re: Signature requested on "INVENTEC DISTRIBUTION NORTH... | Supplier Agree. | 168 rack order Nov-Dec22"
>
> Hi Steven,
>
> The agreement was withdrawn and needed further review. My apologies.
>
> Thanks,
>
> Chris
>
> On Mon, Oct 24, 2022 at 5:30 PM Lin.Steven 林志哲 TAO <lin.steven@inventec.com> wrote:
>
>> Hi Chris,
>>
>> I got this email from my junk mailbox this morning, while I clink link it shows below page with message "This agreement has already been cancelled".
>>
>> May you help to check what's the status for signature? Thanks a lot.
>>
>> ***Steven Lin*** 林志哲 lin.steven@inventec.com
>> Sales & Marketing, BU6, EBG, Inventec Corporation
>> Office TEL: +886-3-3900000 ext. 23950; Mobile: (TW) +886-958539793

**From:** Jitendra Sharma <adobesign@adobesign.com>
**Sent:** Monday, October 24, 2022 7:01 PM
**To:** Lin.Steven 林志哲 TAO <lin.steven@inventec.com>
**Subject:** Signature requested on "INVENTEC DISTRIBUTION NORTH... | Supplier Agree. | 168 rack order Nov-Dec22"

Company Logo

Jitendra Sharma requests your signature on
**INVENTEC DISTRIBUTION NORTH... | Supplier Agree. | 168 rack order Nov-Dec22**

**Review and sign**

Business Case: INVENTEC DISTRIBUTION NORTH... | Supplier Agree. | 168 rack order Nov-Dec22
Requester : Christopher Kan
Sourcing Approver : John Dever
Legal Approver : NA
PO # : Multiple

**JITENDRA SHARMA**

**sfdc-procurement-team@twitter.com**

After you sign **INVENTEC DISTRIBUTION NORTH... | Supplier Agree. | 168 rack order Nov-Dec22**, the agreement will be sent to Nedsegal@twitter.com. Then, all parties will receive a final PDF copy by email.

**Don't forward this email:** If you don't want to sign, you can **delegate** to someone else.

By proceeding, you agree that this agreement may be signed using electronic or handwritten signatures.

To ensure that you continue receiving our emails, please add **adobesign@adobesign.com** to your address book or safe list.

© 2022 Adobe. All rights reserved.

**Confidentiality Note**
本郵件含有英業達股份有限公司機密資訊、或受法律保護之資料，唯有原發信人指定之收信人得閱讀或使用本郵件之內容。如您並非被指定之收信人，請立即將本郵件及所有附件予以刪除；請勿揭露、儲存或使用本郵件之任何資訊，並請您立即告知原發信人本郵件的傳遞錯誤。謝謝您的合作。
This e-mail transmission and any attachments contain information from Inventec Corporation. The information is confidential and/or privileged and intended to be solely for the use of the individuals or entities named in this e-mail transmission. If you are not the intended recipient, be aware that any disclosure, saving or use of the content of this e-mail transmission and attachments is strictly prohibited. If you have received this email transmission in error, please notify us immediately, and delete the e-mail and attachments. We greatly appreciate your cooperation.