# EXHIBIT 2

INVENTEC DISTRIBUTION NORTH AMERICA CORP
11450 COMPAQ CENTER DR W
STE 200
HOUSTON, TX 77040
United States

# INVOICE

**PO#:**
**DATE:**
**DN:**
**INVOICE#** U320001889

**Bill-To**
**Twitter Inc.**
**1355 Market Street, Suite 900**
**San Francisco**
**94103 USA**
**Requester**
**Christopher Kan <ckan@twitter.com>**
**Ship-To Project PDx**
**6675 NE 62nd Ave.**
**Hillsboro, OR 97124**

**FROM : Mexico**
**TO : USA**
**PAYMENT TERM : Overdue**
**TRADE TERM : DDP Datacenter**
**Contact : Sunday Liu**
**Email: liu.Sunday@inventec.com**

| DES | MFG | MFG PN | Inventec PN | unit price | quantity | | extended price |
|---|---|---|---|---|---|---|---|
| HUB,NEXUS 9336C-FX2,36*100G QSFP28,SI | Cisco Systems, Inc. | N9K-C9336C-FX2 | | 3,582 | 334 | | 1,196,297.72 |
| HUB,JUNIPER EX3400,48*1000BASE-T,SILVI | Juniper Networks, Inc. | EX3400-48T | | 809 | 138 | | 111,651.35 |
| HUB,JUNIPER QFX5200,32QSFP28 SWITCH,: | Juniper Networks, Inc. | QFX5200-32C-AFO | | 3,349 | 126 | | 422,005.02 |
| | | | Amount | US$ | | $ | 1,729,954 |