**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** August 12, 2026 | **Time:** 25 minutes<br>2:11 p.m. to 2:36 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.**: 26-cv-05145-WHO | **Case Name:** Inventec Corporation v. X CORP. | |

**Attorneys for Plaintiff:** Alekzandir J.L.Morton, John Steger, and David J. Tsai
**Attorneys for Defendant:** Caitlin A. Halpern, Adrian Sawyer, and Elisa J. Wulfsberg

**Deputy Clerk:** Jean Davis **Court Reporter:** Marla Knox

**PROCEEDINGS**

Counsel appear for hearing on Motion to Dismiss. Court summarizes tentative and hears argument of counsel. Motion taken under submission; written order to follow.