K&L GATES LLP
DAVID J. TSAI (SBN 244479)
David.Tsai@klgates.com
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111-5998
Telephone: 415.882.8200

*Attorneys for Plaintiff*
*Inventec Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INVENTEC CORPORATION, a Taiwan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>X CORP., a Delaware corporation,<br><br>Defendant. | Case No. 26-cv-05145-WHO<br><br>**NOTICE OF CHANGE IN COUNSEL AND CHANGE OF ADDRESS OF DAVID J. TSAI** |

PLEASE TAKE NOTICE that David Jeanchung Tsai, counsel of record for Plaintiff, Inventec Corporation, is now affiliated with K&L Gates LLP and continues to represent Inventec Corporation in this action. His updated contact information is:

DAVID J. TSAI (SBN 244479)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111-5998
Telephone: 415.882.8200
Email: David.Tsai@klgates.com

Please update the Court's records and service lists accordingly. This notice concerns Mr. Tsai's firm affiliation and contact information only and does not request the withdrawal or substitution of any other counsel of record.

Dated: September 8, 2026

Respectfully submitted,

K&L GATES LLP

*David J. Tsai*
David J. Tsai

*Attorneys for Plaintiff*
*Inventec Corporation*