**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** September 15, 2026 | **Time:** 9 minutes<br>2:17 p.m. to 2:26 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.**: 26-cv-05145-WHO | **Case Name:** Inventec Corporation v. X CORP. | |

**Attorney for Plaintiff:** David J. Tsai
**Attorneys for Defendant:** Caitlin A. Halpern and Anthony Kaim

**Deputy Clerk:** Jean Davis **Court Reporter:** Marla Knox

**PROCEEDINGS**

Case management conference conducted via videoconference. X needs to file a declaration with respect to sealing documents from the motion to dismiss. The Court recommends that the parties target early discovery to focus on information essential for a fruitful mediation. If the parties determine that they prefer to use a private mediator, they may file a notice in CM/ECF providing the name of the mediator and the date the mediation is set. If the parties agree that Judge Hixson's work in a similar case will likely facilitate resolution of this matter, they may submit a stipulation explaining that and requesting referral to Judge Hixson for a settlement conference, which may or may not be granted.

REFERRALS:

[ X ] Case referred to the ADR Unit for Mediation to be completed by March 15, 2027.

**Further Case Management Conference set for March 30, 2027 at 2:00 p.m**. Joint case management statement due March 23, 2027.

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Fact discovery cutoff:** | **May 21, 2027** |
| **Expert disclosure:** | **June 11, 2027** |
| **Expert rebuttal:** | **July 9, 2027** |
| **Expert discovery cutoff:** | **August 6, 2027** |
| **Dispositive Motions heard by:** | **October 20, 2027** |
| **Pretrial Conference:** | **December 20, 2027 at 2:00 p.m.** |
| **Trial:** | **January 18, 2028 at 8:30 a.m. by Jury** |